UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re FAIVELEY TRANSPORT MALMO AB   :
                                    :
                                    :
------------------------------------ :

08 CV 3330
M10-63

ORDER

JED S. RAKOFF, U.S.D.J.

    On March 26, 2008, the Court issued an Order accepting this case for all purposes. The Court also sent the Chief Judge a memo requesting that this case be assigned a civil docket number. In order for a civil docket number to be assigned, the parties would have to pay the standard $350.00 filing fee. The Court is hereby directing the Clerk's Office to waive the filing fee in this matter and assign a civil docket number.

    SO ORDERED.

                                JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 2, 2008

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
      DEPUTY CLERK