Brian T. Himmel (admitted *pro hac vice*)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
412-288-4058
*Attorneys for Wabtec Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In the Matter of
the Application of                                          :   Docket No. 08 CIV. 3330
FAIVELEY TRANSPORT MALMÖ AB                                 :
for a Preliminary Injunction and Expedited                  :   **ORDER**
Discovery in Aid of Pending Foreign                         :
Arbitration in Sweden                                       :
------------------------------------------------------------X

      The Court hereby directs the Clerk of Court to amend the caption of this action to read as follows:

FAIVELEY TRANSPORT MALMÖ AB

v.

WABTEC CORPORATION

SO ORDERED.

Dated: New York, New York
       July 21, 2008

_____
Jed S. Rakoff
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08