ORIGINAL

Daniel K. Winters (DW 1158)
REED SMITH LLP
599 Lexington Avenue
28th Floor
New York, New York 10022
(212) 521-5400
*Attorney for Wabtec Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   08-cv-03330 (JSR)

In re FAIVELEY TRANSPORT MALBO AB           **MOTION TO ADMIT COUNSEL**
                                            ***PRO HAC VICE***

------------------------------------------------------------X

      PURSUANT TO RULE 1.3(c) of the Local Rules of Unites States District Courts for the Southern and Eastern Districts of New York, I, Daniel K. Winters, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Maria N. Bernier |
| Firm Name: | Reed Smith, LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, Pennsylvania 15219 |
| Phone Number: | (412) 288-4272 |
| Fax Number: | (412) 288-3063 |
| Email Address: | mbernier@reedsmith.com |

Ms. Bernier is a member in good standing of the Bar of the State of Pennsylvania. A copy of her Certificate of Good Standing from the State of Pennsylvania is attached hereto. There are no pending disciplinary proceedings against Ms. Bernier in any State or Federal court.

Dated:   New York, New York
             July 8, 2008

REED SMITH LLP

By: _/s/ DKW_____
Daniel K. Winters (DW 1158)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400 (Telephone)
(212) 521-5450 (Facsimile)

**Attorney for Defendant
Wabtec Corporation**

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Maria Nicole Bernier, Esq.*

DATE OF ADMISSION

*January 11, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 3, 2008

*Patricia A. Nicola*
Patricia A. Nicola
Chief Clerk

Daniel K. Winters (DW 1158)
REED SMITH LLP
599 Lexington Avenue
28th Floor
New York, New York 10022
(212) 521-5400
*Attorney for Wabtec Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   08-cv-03330 (JSR)

In re FAIVELEY TRANSPORT MALBO AB    **AFFIDAVIT OF DANIEL K. WINTERS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

------------------------------------------------------------X

STATE OF NEW YORK   )
                    :SS
COUNTY OF NEW YORK  )

DANIEL K. WINTERS, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Reed Smith, LLP, counsel for Wabtec Corporation in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Wabtec Corporation's motion to admit Maria N. Bernier as counsel *pro hac vice* to represent Wabtec Corporation in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on April 18, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Maria N. Bernier since April 2, 2005.

4. Ms. Bernier is a Partner at Reed Smith LLP in Pittsburgh, Pennsylvania.

- 2 -

5. I have found Ms. Bernier to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

6. Accordingly, I am pleased to move the admission of Maria N. Bernier, *pro hac vice*.

7. FAIVELEY TRANSPORT MALMO AB does not oppose the Motion to admit counsel *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Maria N. Bernier, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Maria N. Bernier, *pro hac vice*, to represent Wabtec Corporation in the above captioned matter, be granted.

_____
DANIEL K. WINTERS

Sworn to before me this
11 day of July 2008

_____
Notary Public

DIANA E. RIVERA
Notary Public, State of New York
No. 01RI5077886
Qualified in Richmond County
Commission Expires May 12, 2011

Daniel K. Winters (DW 1158)
REED SMITH LLP
599 Lexington Avenue
28th Floor
New York, New York 10022
(212) 521-5400
*Attorney for Wabtec Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    08-cv-03330 (JSR)

In re FAIVELEY TRANSPORT MALBO AB          **MOTION FOR ADMISSION**
                                                                                  ***PRO HAC VICE***
                                                                                  **ON WRITTEN MOTION**

------------------------------------------------------------X

       Upon the motion of Daniel K. Winters, attorney for Defendant Wabtec Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Maria N. Bernier |
| Firm Name: | Reed Smith, LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, Pennsylvania 15219 |
| Phone Number: | (412) 288-4272 |
| Fax Number: | (412) 288-3063 |
| Email Address: | mbernier@reedsmith.com |

is admitted to practice *pro hac vice* as counsel for Wabtec Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   New York, New York
        July ____, 2008

                                       _____
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    08-cv-03330 (JSR)

In re FAIVELEY TRANSPORT MALBO AB        **CERTIFICATE OF SERVICE**


--------------------------------------------------------X

Nadine Ortiz, being duly sworn, deposes and says:

1. that deponent is in the employ of Reed Smith, LLP, attorneys for Wabtec Corporation, herein;

2. is over the age of 18 years;

3. is not a party to this action;

4. is a resident of Union County, New Jersey; and

5. that on the 11th day of July 2008, deponent served **Wabtec Corporation's Motion to Admit Counsel *Pro Hac Vice*, Certificate of Good Standing, Affidavit of Daniel K. Winters In Support of Motion to Admit Counsel *Pro Hac Vice*, and Motion for Admission *Pro Hac Vice* On Written Motion**, upon the following addresses as indicated below via United States Mail Service:

A. John P. Mancini
MAYER BROWN, LLP
1675 Broadway
New York, NY 10019

Sworn to before me this
11th day of July 2008

_____
Notary Public

NIKOLAS P. KARLOUTSOS
Notary Public, State of New York
No. 01KA6154675
Qualified in New York County
Commission Expires 10/23/2010

_____
Nadine Ortiz

NYLIB-8034790.1-NORTIZ-178083-60079 7/11/08 10:47 AM