Daniel K. Winters (DW 1158)
REED SMITH LLP
599 Lexington Avenue
28th Floor
New York, New York 10022
(212) 521-5400
*Attorney for Wabtec Corporation*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   08-cv-03330 (JSR)

In re FAIVELEY TRANSPORT MALBO AB           **MOTION FOR ADMISSION**
                                            ***PRO HAC VICE***
                                            **ON WRITTEN MOTION**
-------------------------------------------------------X

Upon the motion of Daniel K. Winters, attorney for Defendant Wabtec Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Maria N. Bernier |
| Firm Name: | Reed Smith, LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, Pennsylvania 15219 |
| Phone Number: | (412) 288-4272 |
| Fax Number: | (412) 288-3063 |
| Email Address: | mbernier@reedsmith.com |

is admitted to practice *pro hac vice* as counsel for Wabtec Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

- 2 -

Dated:   New York, New York
         July **24**, 2008

                                                                                       _____
                                                                                       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X  08-cv-03330 (JSR)

In re FAIVELEY TRANSPORT MALBO AB     **CERTIFICATE OF SERVICE**

--------------------------------------------------------X

Nadine Ortiz, being duly sworn, deposes and says:

    1.    that deponent is in the employ of Reed Smith, LLP, attorneys for Wabtec Corporation, herein;

    2.    is over the age of 18 years;

    3.    is not a party to this action;

    4.    is a resident of Union County, New Jersey; and

    5.    that on the 11th day of July 2008, deponent served **Wabtec Corporation's Motion to Admit Counsel** *Pro Hac Vice*, **Certificate of Good Standing, Affidavit of Daniel K. Winters In Support of Motion to Admit Counsel** *Pro Hac Vice*, **and Motion for Admission** *Pro Hac Vice* **On Written Motion**, upon the following addresses as indicated below via United States Mail Service:

        A. John P. Mancini
        MAYER BROWN, LLP
        1675 Broadway
        New York, NY 10019

Sworn to before me this
11th day of July 2008

_____
Notary Public

NIKOLAS P. KARLOUTSOS
Notary Public, State of New York
No. 01KA6154675
Qualified in New York County
Commission Expires 10/23/2010

_____
Nadine Ortiz